| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Steven F. Werth (CA Bar No. 205434)<br>*steven.werth@gmlaw.com*<br>**GREENSPOON MARDER LLP**<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel.: 213.617.5210 – Fax: 954.771.9264<br>☒ *Attorney for Plaintiff Howard M. Ehrenberg, Chapter 7 Trustee*<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>626 HOSPICE, INC.,<br><br>Debtor. | CASE NO.: 2:22-bk-12904-SK<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:24-ap-01105-SK |
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>ASCLEPION FAMILY MEDICAL GROUP, INC., a California corporation,<br><br>Defendant. | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): ASCLEPION FAMILY MEDICAL GROUP, INC., a California corporation
2. Plaintiff filed the Complaint in this adversary proceeding on (*specify date*): May 8, 2024
3. The Summons and Complaint were served on Defendant by ☐ Personal Service  ☒ Mail Service
   on the following date (*specify date*): May 14, 2024
4. A conformed copy of the executed service of Summons form is attached hereto.
5. The time for filing an Answer or other responsive pleading expired on (*specify date*): June 10, 2024
6. No Answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Dated: June 14, 2024

By: /s/ Steven Werth

Steven F. Werth
Type Name: Greenspoon Marder LLP
*Plaintiff or Attorney for Plaintiff*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010
SFW 57758787v1

Page 1

F 7055-1.1.REQ.ENTER.DEFAULT

# DECLARATION OF STEVEN F. WERTH

I, Steven F. Werth, declare as follows:

1. I am an individual over the age of eighteen, and I am an attorney licensed to practice law in the State of California and admitted to practice in the United States District Court for the Central District of California.

2. I am an attorney with Greenspoon Marder LLP, a Florida limited liability partnership, attorneys for Howard M. Ehrenberg, Chapter 7 trustee ("Trustee") of the bankruptcy estate of 626 Hospice, Inc. I am the sole attorney at Greenspoon Marder LLP responsible for litigating avoidance actions in this bankruptcy case and reviewing the evidence in support of such avoidance actions.

3. All statements made in this declaration are based on my personal knowledge. If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth in this declaration.

4. I make this declaration in support of the "Request For Clerk To Enter Default Under LBR 7055-1(a)" against the defendant in this adversary proceeding, Asclepion Family Medical Group, Inc., a California corporation ("Defendant").

5. By a complaint filed on May 8, 2024 (the "Complaint"), the Trustee commenced this adversary proceeding against Defendant. On May 9, 2024, the Court issued a summons in connection with the Complaint (the "Summons").

6. On May 14, 2024, the Complaint, the Summons, and other required papers were served on Defendant. A true and correct copy of the executed Summons (Docket No. 3) with a proof of service of all such documents, is attached as **Exhibit 1**.

7. Pursuant to the Summons, the deadline for Defendant to file a response to the Complaint was June 10, 2024.

8. On June 14, 2024, I reviewed the docket for this action, and saw that no answer or other responsive pleading had been filed by Defendant.

9. I received an email on June 11, 2024, at 12:09 a.m., from Natasha Gill, who is the CEO and person in control of the above-captioned debtor. That email attached

numerous documents, although no document purporting to be an answer to the complaint in this action. Since this time I have received no further communications from Natasha Gill or anyone else purporting to represent Defendant, except that on June 12, 2024, Natasha Gill emailed me a document purporting to be the answer of a non-Defendant, which contained errors similar to the documents Ms. Gill emailed me on June 11, 2024.

10. On June 13, 2024, at 1:16 p.m. Pacific Time, I emailed Ms. Gill at the email address she used to communicate with me on June 11 and June 12. In that email, I stated that for the actions she had previously identified in her email to me—which did not include the action against Defendant--no answers have been filed in any of those adversary proceedings, and I further informed her that on June 14, the Trustee would be requesting entry of defaults on those actions, and in any other adversary proceeding where answers have not been filed, and the deadline to file such pleading has expired. As of the date of this declaration, I have received no response to this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2024, at Los Angeles, California.

_____
Steven F. Werth

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Steven Werth<br>Greenspoon Marder, LLP<br>1875 Century Park East<br>Ste 1900<br>Los Angeles, CA 90067<br><br>213-626-2311<br><br><br><br>_Plaintiff or Attorney for Plaintiff_ | FOR COURT USE ONLY |
|---|---|
| <td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**</td> |
| In re:<br><br><br>626 Hospice, Inc.<br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-12904-SK<br><br>CHAPTER: 7<br><br><br><br>ADVERSARY NUMBER: 2:24-ap-01105-SK |
| Howard Ehrenberg, Chapter 7 Trustee<br><br><br>Plaintiff(s)<br>Versus<br>ASCLEPION FAMILY MEDICAL GROUP, INC., a California corporation<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **06/10/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    Date:          July 17, 2024
    Time:         09:00 AM
    Hearing Judge:  Sandra R. Klein
    Location:      255 E Temple St., Crtrm 1575, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 1                  F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: May 9, 2024

By: _____"s/" Dawnette Francis_____
Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                Page 2                F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1875 Century Park East, Ste. 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
(1) Complaint to Avoid and Recover Avoidable Transfers, (2) Adversary Proceeding Cover Sheet, (3) Early Meeting of Counsel, Joint Status Report And Status Conference Instructions.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __5/14/24__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Asclepion Family Medical Group, Inc.,
Attn: James Contreras, CEO,
960 East Green St., Ste. 101,
Pasadena, CA 91106

Agent for Service:
Incorporating Solutions Group, Inc.,
333 City Blvd West. Ste. 1700,
Orange, CA 92868

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __5/14/24__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email: natashacgill@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/14/24 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                           **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 14, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard M Ehrenberg (TR)** ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**steven.werth@gmlaw.com, swerth@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) June 14, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Asclepion Family Medical Group, Inc.  
Attn: James Contreras, CEO,  
960 East Green St., Ste. 101,  
Pasadena, CA 91106  

Agent for Service:  
Incorporating Solutions Group, Inc.,  
333 City Blvd West. Ste. 1700,  
Orange, CA 92868  

Hon. Sandra Klein  
Roybal Federal Building  
Bin outside of Suite 1582  
255 E. Temple Street  
Los Angeles, CA 90012-3332  

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

PMD 57815848v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2024 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 57815848v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**