Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>626 HOSPICE, INC.,<br>　　　　Debtor.<br><br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br>　　　　Plaintiff,<br>　　vs.<br>ARTHUR MKRTCHYAN, an individual,<br>　　　　Defendant. | Case No.: 2:22-bk-12904-SK<br>Chapter 7<br>Adversary No.: 2:24-ap-01106-SK<br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br>Date:　July 17, 2024<br>Time:　9:00 a.m.<br>Place:　Courtroom 1575<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012<br>　　　　Hon. Sandra R. Klein |

SFW 57924803v1

TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEFENDANT, AND PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE THAT** plaintiff Howard M. Ehrenberg, solely in his capacity as chapter 7 trustee ("Trustee") of 626 Hospice, Inc., has filed a "Plaintiff's Motion For Default Judgment Under LBR 7055-1" ("Motion") seeking entry of a default judgment against defendant Arthur Mkrtchyan, an individual ("Defendant") in the amount of $264,341.56.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion will be heard on **July 17, 2024, at 9:00 a.m.** by the United States Bankruptcy Court for the Central District of California, the Honorable Sandra R. Klein, presiding, in Courtroom 1575 located at 255 E. Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion is made pursuant to Rule 55 of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure), and Local Bankruptcy Rule 7055-1(b) on the grounds that, although a judgment for affirmative relief has been sought against Defendant in this action ("Action"), Defendant has failed to plead or otherwise defend the Action and on June 14, 2024, default was entered against Defendant.

**PLEASE TAKE FURTHER NOTICE THAT** any formal response in opposition to the Motion must (1) be in the form required by Local Bankruptcy Rule 9013-1(f)(1), (2) be filed with the Clerk of the Court, and (3) be served upon the Trustee through his counsel (whose name and contact information are indicated in the upper left-hand corner of the first page of this notice) and the United States Trustee (at 255 East Temple Street, Los Angeles, CA 90012) within 14 days prior to the hearing on the Motion, that is, by **July 3, 2024**. Pursuant to Local Bankruptcy Rule 9013-1(h), the

failure to timely file and serve an opposition to the Motion may be deemed as your consent to the granting of the Motion.

Dated: June 24, 2024

**GREENSPOON MARDER LLP**

By: /s/ Steven F. Werth
Steven F. Werth
Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SFW 57924803v1

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 24, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard M Ehrenberg (TR)** ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**steven.werth@gmlaw.com, swerth@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 24, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Arthur Mkrtcyhan<br>330 N. Brand Blvd., #702,<br>Glendale, CA 91203 | Hon. Sandra Klein<br>Roybal Federal Building<br>Bin outside of Suite 1582<br>255 E. Temple Street<br>Los Angeles, CA 90012-3332 |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 24, 2024 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 57926263v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**